```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION
IN RE:                                          CASE NO. 06 B 10573
   DIANA M JEWETT
                                                CHAPTER 13

                                                JUDGE: JOHN H SQUIRES
      Debtor
   SSN XXX-XX-0033
```

---
                    TRUSTEE'S FINAL REPORT AND ACCOUNT
---

   Glenn Stearns, Chapter 13 Standing Trustee, submits the following
Final Report and Account of the administration of the estate pursuant to
11 USC 1302(b)(1).

   1. The case was filed on 08/28/06 and confirmed on 10/20/06.

   2. The case was dismissed after confirmation, 08/29/2008.

   3. The Debtor paid a total of $   6553.00 .

   4. The Trustee made disbursements to creditors as follows:

| CREDITOR NAME | CLASS | CLAIM AMOUNT | INTEREST PAID | PRINCIPAL PAID |
|---|---|---|---|---|
| ADVOCATE HEALTHCARE | UNSECURED | NOT FILED | .00 | .00 |
| AT&T | UNSECURED | NOT FILED | .00 | .00 |
| CROSS CHECK | UNSECURED | NOT FILED | .00 | .00 |
| COMCAST DIGITAL PHONE SV | UNSECURED | NOT FILED | .00 | .00 |
| COMED | UNSECURED | NOT FILED | .00 | .00 |
| ANDERSON FIN NETWORK | UNSECURED | NOT FILED | .00 | .00 |
| DUPAGE MEDICAL GROUP | UNSECURED | NOT FILED | .00 | .00 |
| CLEAR CHECK INC | UNSECURED | 46.34 | .00 | 29.71 |
| MEIJER | UNSECURED | NOT FILED | .00 | .00 |
| UNITED COMPUCRED | UNSECURED | NOT FILED | .00 | .00 |
| NORTHERN INDIANA PUB SER | UNSECURED | 84.23 | .00 | 84.23 |
| NCO FINANCIAL SYSTEMS IN | UNSECURED | NOT FILED | .00 | .00 |
| KOPKO GENETOS RETSON | UNSECURED | 952.96 | .00 | 610.87 |
| RETAILERS NATL BANK | UNSECURED | NOT FILED | .00 | .00 |
| TONY MORRIS | UNSECURED | 2980.00 | .00 | 1910.24 |
| USA SURGICAL ASSISTANTS | UNSECURED | NOT FILED | .00 | .00 |
| RMI/MCSI | UNSECURED | 1000.00 | .00 | 641.02 |
| WALMART MCCBG | UNSECURED | NOT FILED | .00 | .00 |
| CMC | UNSECURED | NOT FILED | .00 | .00 |
| ZALUTSKY & PINSKI | REIMBURSEMENT | 354.00 | .00 | 354.00 |

| CREDITOR NAME | CLASS | CLAIM AMOUNT | INTEREST PAID | PRINCIPAL PAID |
|---|---|---|---|---|

   Summary of disbursements:

| | SECURED | PRIORITY | UNSECURED | OTHER | TOTAL |
|---|---|---|---|---|---|
| TOTAL CLMS ALLOWED | .00 | 354.00 | 5063.53 | .00 | 5417.53 |
| PRINCIPAL PAID | .00 | 354.00 | 3276.07 | .00 | 3630.07 |
| INTEREST PAID | .00 | .00 | .00 | .00 | .00 |

```
TOTAL PAID                         .00        354.00       3276.07             .00      3630.07
```
The Debtor's attorney, ZALUTSKY & PINSKI              , was allowed $   2500.00
and was paid $   2500.00 .

The Trustee received $    296.93 .

Refunds to the Debtor totaled $    126.00 .

    Wherefore, the Trustee requests an order be entered discharging the Trustee and the surety on his bond from any further liability in this case.


Dated: 02/11/09                         /S/
                                        GLENN STEARNS
                                        CHAPTER 13 TRUSTEE




                              PAGE   2
             CASE NO. 06 B 10573 DIANA M JEWETT